| | |
|---|---|
| 1 | RICHARD E. MCCARTHY [SBN 106050] |
|   | RMcCarthy@swsslaw.com |
| 2 | DANIEL E. GARDENSWARTZ [SBN 169749] |
|   | DGardenswartz@swsslaw.com |
| 3 | SOLOMON WARD SEIDENWURM & SMITH, LLP |
|   | 401 B Street, Suite 1200 |
| 4 | San Diego, California 92101 |
|   | Telephone: (619) 231-0303 |
| 5 | Facsimile: (619) 231-4755 |
| 6 | Attorneys for Plaintiff DPR CONSTRUCTION, |
|   | INC., a California Corporation |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DPR CONSTRUCTION, INC., a California corporation, | CASE NO. 06CV0025 JLS (JMA) |
| Plaintiff, | **JOINT MOTION FOR DISMISSAL** |
| v. | |
| ANKA (CORTEZ HILL) LLC, a Delaware limited liability company; ANKA PROPERTY GROUP, an entity of unknown form; and ANKA DEVELOPMENTS, INC, an unincorporated association; ANKA MANAGEMENT PTY LTD, an Australian private company; and LIBERTY GROVE (CONCORD) PTY LTD, an Australian private company. | |
| Defendants. | |

Pursuant to Rule 46(1) of the Federal Rules of Civil Procedure, all parties hereto, by and through their attorneys of record, hereby stipulate and agree that this action shall be

dismissed, with prejudice, and that the parties hereto shall bear their own costs and attorney's fees.

DATED: November 20, 2009

s/Daniel E. Gardenswartz
Attorneys for Plaintiff DPR CONSTRUCTION, INC.
dgardenswartz@swsslaw.com

DATED: November 18, 2009

s/Scott R. Omohundro
Attorneys for Defendants ANKA (CORTEZ HILL) LLC and ANKA DEVELOPMENTS, INC.
sro@procopio.com

DATED: November 20, 2009

s/ J. Scott Scheper
Attorneys for Defendants ANKA PROPERTY GROUP, ANKA MANAGEMENT PTY LTD. and LIBERTY GROVE (CONCORD) PTY LTD.
scheper@scmv.com